# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STEPHANIE TAYLOR**                                                                                           **PLAINTIFF**

**VS.**                                            **4:15-CV-00691-BRW-JTK**

**CAROLYN W. COLVIN,**                                                                                        **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.[1]  No objections have been filed and the time for doing so has passed.[2]

After careful consideration, I adopt as my findings in all respects the Recommended Disposition in its entirety. Accordingly, the Commissioner's decision is AFFIRMED, Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice, and judgment will be entered shortly.

IT IS SO ORDERED this 18th day of November, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 13.

[2] Objections were due Thursday, November 17, 2016.