IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEPHANIE TAYLOR**                                                                                          **PLAINTIFF**

**VS.**                             **4:15-CV-00691-BRW-JTK**

**CAROLYN W. COLVIN,**                                                                                  **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## JUDGMENT

Consistent with the Order entered earlier today, this case is DISMISSED with prejudice. Judgment against Plaintiff Stephanie Taylor is hereby entered for the Commissioner.

IT IS SO ORDERED this 18th day of November, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE